CLOSED,Transferred_Out_District

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:19−cv−02670

Reeves v. Enterprise Products Partners, LP **Case transferred to (the Northern District of Oklahoma).**
Assigned to: Judge Alfred H Bennett
Cause: 29:201 Fair Labor Standards Act

Date Filed: 07/19/2019
Date Terminated: 10/23/2019
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Darrell Reeves** represented by **Andrew Wells Dunlap**
Josephson Dunlap Law Firm
11 Greenway Plaza
Ste 3050
Houston, TX 77046
713−352−1100
Email: adunlap@mybackwages.com
*ATTORNEY TO BE NOTICED*

**Richard J Burch**
Bruckner Burch PLLC
8 Greenway Plaza
Ste 1500
Houston, TX 77046
713−877−8788
Fax: 713−877−8065 fax
Email: rburch@brucknerburch.com
*ATTORNEY TO BE NOTICED*

**William Richard Liles**
Josephson Dunlap
11 Greenway Plaza
Suite 3050
Houston, Tx 77046
713−352−1100
Email: wliles@mybackwages.com
*ATTORNEY TO BE NOTICED*

**Michael A Josephson**
Josephson Dunlap Law Firm
11 Greenway Plaza
Suite 3050
Houston, TX 77046
713−352−1100
Fax: 713−352−3300
Email: mjosephson@mybackwages.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Enterprise Products Partners, LP** | represented by | **Joseph Y Ahmad**<br>Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.<br>1221 McKinney St<br>Suite 2500<br>Houston, TX 77010−2009<br>713−600−4900<br>Fax: 7136550062<br>Email: joeahmad@azalaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jordan Lyn Warshauer**<br>Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.<br>1221 McKinney St<br>Ste 2500<br>Houston, TX 77010<br>713−655−1101<br>Email: jwarshauer@azalaw.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Neal Avishek Sarkar**<br>Ahmad Zavitsanos et al<br>1221 McKinney<br>Ste 2500<br>Houston, TX 77010<br>713−600−4923<br>Fax: 713−655−0062<br>Email: nsarkar@azalaw.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Rachel Cowen**<br>McDermott Will & Emery<br>444 West Lake<br>Suite 4000<br>Chicago, IL 60606<br>312.372−2000<br>Email: rcowen@mwe.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2019 | Ï 1 | COMPLAINT against Enterprise Products Partners, LP (Filing fee $ 400 receipt number 0541−22822578) filed by Darrell Reeves. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A − Consent)(Josephson, Michael) (Entered: 07/19/2019) |
| 07/19/2019 | Ï 2 | Request for Issuance of Summons as to Enterprise Products Partners, LP, filed.(Josephson, Michael) (Entered: 07/19/2019) |
| 07/22/2019 | Ï 3 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 11/8/2019 at 09:30 PM in Courtroom 8C before Judge Alfred H |

|  |  | Bennett(Signed by Judge Alfred H Bennett) Parties notified.(ckrus, 4) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | Ï 4 | Summons Issued as to Enterprise Products Partners, LP. Issued summons delivered to plaintiff by NEF, filed.(SarahShelby, 4) (Entered: 07/22/2019) |
| 07/23/2019 | Ï 5 | NOTICE of Appearance by Andrew W. Dunlap on behalf of Darrell Reeves, filed. (Dunlap, Andrew) (Entered: 07/23/2019) |
| 07/23/2019 | Ï 6 | NOTICE of Appearance by William R. Liles on behalf of Darrell Reeves, filed. (Liles, William) (Entered: 07/23/2019) |
| 07/25/2019 | Ï 7 | NOTICE of Appearance by Richard J. (Rex) Burch on behalf of Darrell Reeves, filed. (Burch, Richard) (Entered: 07/25/2019) |
| 07/26/2019 | Ï 8 | RETURN of Service of SUMMONS Executed as to Enterprise Products Partners, LP served on 7/24/2019, answer due 8/14/2019, filed.(Liles, William) (Entered: 07/26/2019) |
| 08/07/2019 | Ï 9 | CERTIFICATE OF INTERESTED PARTIES by Darrell Reeves, filed.(Dunlap, Andrew) (Entered: 08/07/2019) |
| 08/22/2019 | Ï 10 | ANSWER to 1 Complaint by Enterprise Products Partners, LP, filed.(Ahmad, Joseph) (Entered: 08/22/2019) |
| 08/22/2019 | Ï 11 | CORPORATE DISCLOSURE STATEMENT by Enterprise Products Partners, LP, filed.(Ahmad, Joseph) (Entered: 08/22/2019) |
| 08/22/2019 | Ï 12 | NOTICE of Appearance by Joseph Y. Ahmad on behalf of Enterprise Products Partners, LP, filed. (Ahmad, Joseph) (Entered: 08/22/2019) |
| 08/22/2019 | Ï 13 | NOTICE of Appearance by Neal A. Sarkar on behalf of Enterprise Products Partners, LP, filed. (Sarkar, Neal) (Entered: 08/22/2019) |
| 08/23/2019 | Ï 14 | MOTION for Rachel Cowen to Appear Pro Hac Vice by Enterprise Products Partners, LP, filed. Motion Docket Date 9/13/2019. (Attachments: # 1 Supplement Certificate of Good Standing, # 2 Supplement Oath)(Ahmad, Joseph) (Entered: 08/23/2019) |
| 08/26/2019 | Ï 15 | ORDER granting 14 Motion for Rachel Cowen to Appear Pro Hac Vice for Enterprise Products Partners, LP. (Signed by Judge Alfred H Bennett) Parties notified.(sanderson, 4) (Entered: 08/26/2019) |
| 08/28/2019 | Ï 16 | NOTICE of Appearance by Jordan Warshauer on behalf of Enterprise Products Partners, LP, filed. (Warshauer, Jordan) (Entered: 08/28/2019) |
| 10/11/2019 | Ï 17 | Agreed MOTION to Transfer Case to Northern District of Oklahoma by Enterprise Gathering, LLC, Enterprise Products Partners, LP, filed. Motion Docket Date 11/1/2019. (Attachments: # 1 Proposed Order)(Warshauer, Jordan) (Entered: 10/11/2019) |
| 10/23/2019 | Ï 18 | ORDER TO TRANSFER CASE to Northern District of Oklahoma (Signed by Judge Alfred H Bennett) Parties notified.(jguajardo, 4) (Entered: 10/24/2019) |
| 10/23/2019 | Ï | Interdistrict transfer to Northern District of Oklahoma. Case transferred electronically. Case terminated on 10/23/2019, filed. (jguajardo, 4) (Entered: 10/24/2019) |